427 A.2d 266

Commonwealth v. Starner, Appellant.

558

Submitted September 13, 1979. Ellen M. Burgraff, Assistant Public Defender, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

Appellant's motion to suppress the Commonwealth's brief and the Commonwealth's motion to quash the appeal are herewith denied.

SPAETH, J., concurred in the result.